ACCEPTED
06-14-00162-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/5/2015 3:20:45 PM
DEBBIE AUTREY
CLERK

## CAUSE NO. 06-14-00162-CR

| | | |
|---|---|---|
| **DENETRA HARRIS** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **VS.** | § | **IN AND FOR THE SIXTH DISTRICT** |
| | § | |
| **THE STATE OF TEXAS** | § | **OF THE STATE OF TEXAS** |

FILED
6th COURT OF APPEALS
TEXARKANA, TEXAS
1/5/2015 3:20:45 PM
DEBBIE AUTREY
Clerk

### STATE'S FIRST MOTION TO EXTEND TIME
### FOR FILING STATE'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

THE STATE OF TEXAS, by and through the undersigned Assistant District Attorney, respectfully moves the Court to extend the time for filing of the Appellee's Brief in accordance with Rule 10.5 of the Texas Rules of Appellate Procedure. In support of its motion, the State respectfully offers the following:

1. The Appellee's brief is due today, January 5, 2015, and I have only just begun to work on it due to other matters with more pressing deadlines.

2. The State seeks an additional thirty days, until Wednesday, February 4, 2015. The undersigned will, nonetheless, attempt to complete and file the State's brief prior to the extended deadline.

3. The undersigned attorney is responsible for all post-conviction prosecution for the Gregg County Criminal District Attorney's Office, including direct appeals and applications for habeas corpus.

In the past 30 days the undersigned attorney has worked on the following:

      A.    Appellate Briefs: Appellate Briefs:

December 10, 2014, *Resendiz v. State,* 06-14- 00170-CR
December 12, 2014, *Priego v. State,* 06-14-00008-CR
December 19, 2014. *Lawson v. State,* 06-14-00022-CR

B.      Responses to writ applications:

>January 2, 2015, *Ex Parte Dennis Freeman* 42,132,B-H-1
>January 5, 2015, Ex parte Robert Wyatt 40,788-A-H-1.

C.      Numerous traffic court appeals and bond forfeiture cases.


4.  I took two days for Christmas and one day for New Years. Day..

In the next 30 days the undersigned attorney must respond to the following in addition to this brief:

A.      Appellate Briefs due after one extension:

>*1. Ray v. State,* 06-14-00106-CR January 12, 2015
>*2, Duckett v. State,* 06-14-00060-CR      January 14, 2015
>*3. Lewis v. State,* 06-14-00111-CR*,* January 21, 2015.

B.      Appellate Briefs due without extensions:

>*1. Ross v. State*, 06-13-00206-CR, January 19, 2015
>*2. Hammack v. State,* 06-14-00175-CR,January 20, 2015.
>*3. Schelling v. State,* 06-14-00175-CR, January 21, 2015.
>*4. Kelly v. State,* 06-12-00141-CR, February 2, 2015

B.       Response to Writ Applications:

>1.  *Ex parte Christopher Howard* January 14, 2015.

5. Appellant relies on the following facts as good cause for the requested extension:

a. During the past 30 days, the undersigned has submitted three appellate briefs,  and two habeas responses, as shown above.  In addition, I have processed numerous traffic court appeals and bond forfeiture cases.
b. No previous extensions have been requested by the State in this case.
c. This extension is not requested for purposes of delay, but so that justice may be done.

d. I still have not cleared the backlog, and it continues to build as new appellants are filing briefs.

Respectfully submitted,

/s/ *Zan Colson Brown*

Zan Colson Brown
Texas Bar No. 03205900
Assistant District Attorney
101 East Methvin St., Suite 333
Longview, TX  75601
Telephone: (903) 236–8440
Facsimile:  (903) 236–3701
E-mail: zan.brown@co.gregg.tx.us

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been forwarded to all counsel of record by electronic transmission to:

Mr. Jonathan Wharton
420 North Center Street
Longview, Texas 75601
Fax at 903-753-7276
Email: jonathonwharton@sbcglobal.net

This 2nd  day of January, 2015.

/s/ *ZanColsonBrown*

Zan Colson Brown
Assistant District Attorney